**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | **MAGISTRATE NO. 26-MJ-111** |
| | : | |
| **BRIAN FOSTER,** | : | **VIOLATION:** |
| | : | |
| **Defendant** | : | **18 U.S.C. § 2252(a)(2), (b)(1)** |
| | : | **(Distribution of Child Pornography)** |

# INFORMATION

The United States Attorney charges that:

## COUNT ONE

Between or about June 27, 2026, and July 5, 2026, in the District of Columbia and elsewhere, the defendant, **BRIAN FOSTER**, did knowingly distribute any visual depiction using any means and facility of interstate and foreign commerce, and that has been shipped or transported in and affecting interstate and foreign commerce, by any means including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

(**Distribution of Child Pornography**, in violation of Title 18, United States Code, Section 2252(a)(2), (b)(1))

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By: */s/ Janani Iyengar*______
Janani Iyengar
Assistant U.S. Attorney
NY State Bar 5225990
601 D St., N.W.
Washington, D.C. 20530
(202) 252-7760
Janani.iyengar@usdoj.gov